ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| KEAR Civil Corporation | ) ASBCA No. 62003 |
| | ) |
| Under Contract No. N62473-15-D-2421 | ) |

APPEARANCE FOR THE APPELLANT:           J. Taylor Benson, Esq.
                                                                        Benson Law Office, PLLC
                                                                        Colorado Springs, CO

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                                                        Navy Chief Trial Attorney
                                                                        Nicole R. Best, Esq.
                                                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 6, 2023

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62003, Appeal of KEAR Civil Corporation, rendered in conformance with the Board's Charter.

Dated:  June 7, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals